IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00897-EWN-CBS

FRANCISCO RUIZ, on behalf of his minor child,
ELICEO RUIZ,

    Plaintiff,

v.

CITY OF BRUSH,
BRUSH RODEO ASSOCIATION, INC.,
FIREWORKS WEST INTERNATIONAL, INC.,
BIG BANG FIREWORKS, INC., and
STEVE GROOMS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Motion to Amend the Complaint filed September 13, 2005 (*doc. no. 31*) is **GRANTED**.

    As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's Amended Complaint with Jury Demand (*doc no. 32*) tendered to the court on September 13, 2005.

**DATED:**    September 15, 2005