IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00897–EWN–CBS

RUIZ, FRANCISCO, on behalf of his minor child, R. E.,

    Plaintiff,

v.

CITY OF BRUSH,
BRUSH RODEO ASSOCIATION INC.,
FIREWORKS WEST INTERNATIONAL INC.,
BIG BANG FIREWORKS INC. and
STEVE GROOMS,

    Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Dismiss Sixth and Seventh Claims for Relief Under 42 USC § 1983 Against the City of Brush" filed August 1, 2005, is DENIED as moot.

Dated: December 13, 2005